CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

**SEALED**

UNITED STATES OF AMERICA

v.

**GAYANE DAVTYAN**

DOB: 07/23/1967    PDID:

DOCKET NO: **0 5 - 2 6 6**    MAGIS. NO:

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

**GAYANE DAVTYAN**
**1848 North Kingsley Drive**
**Apt. 4**
**Los Angeles, CA**

WARRANT ISSUED ON THE BASIS OF:    **Indictment**

DISTRICT OF ARREST

TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

**FILED**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

JUL 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DESCRIPTION OF CHARGES

Conspiracy

Bribery

Fraud and Misuse of Visas

Aiding and Abetting

*Deborah A. Robinson*
*United States Magistrate Judge*

7/25/05

IN VIOLATION OF:

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 371          18 U.S.C. § 1546
18 U.S.C. § 201(b)(1)     18 U.S.C. § 2

BAIL FIXED BY COURT:

OTHER CONDITIONS OF RELEASE:

ORDERED BY:
**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**

SIGNATURE (JUDGE/MAGISTRATE JUDGE)

DATE ISSUED:

CLERK OF COURT:

**Nancy Mayer-Whittington**

BY DEPUTY CLERK:

DATE: **JUL 2 0 2005**

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |