

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

August 3, 2005

Clerk, United District Court
District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

FILED

AUG 0 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SEALED

Re:    Transfer to U.S. Magistrate Judge

Case No. 05-266 (Our Case No. 05-1601M)

Case Title: USA v Gayane Davtyan          CR05-266-03-ESH

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☒ Original bond to be forwarded by the Fiscal Section
    - ☒ Certified copy of final commitment
    - ☐ Original Passport
    - ☒ Original Declaration re: Passport
- ☒ Other _Certified Financial- please note document is NOT FOR PUBLIC VIEW._

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  Vanessa Del Rio
    Deputy Clerk 213-894-5297

*cc:  U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Clerk, U.S. District Court

_____          By _____
Date                                Deputy Clerk

CR-48 (01/01)                    LETTER RE: RULE 40 - TRANSFER OUT

TERMED

U.S. District Court
Central District of California (Western Div.)

CRIMINAL DOCKET FOR CASE #: 05-M -1601-ALL

USA v. Davtyan                                          Filed: 07/26/05
Dkt# in other court: None

Case Assigned to:    Unassigned                 CR05-266-03-ESH

GAYANE DAVTYAN (1)              Sylvia Torres-Guillen      FILED
     defendant                 FTS Ext 2644
     [term  07/26/05]          FAX 213-894-0081            AUG 0 8 2005
                               [COR LD NTC pda]
                               Federal Public Defender     NANCY MAYER WHITTINGTON, CLERK
                               321 East 2nd Street              U.S. DISTRICT COURT
                               Los Angeles, CA 90012-4202
                               213-894-2854                    SEALED

Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints                           Disposition

Defendant in violation of            Defendant held to answer to the
18:371, 18:1546, 18:201(b)(1),       District of Columbia.       (-
18:2.                                1)


U. S. Attorneys:

    NONE

I hereby attest and certify on  8/3/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V. Cupio
DEPUTY CLERK                         (1101)

Docket as of August 3, 2005 10:16 am                     Page 1

Proceedings include all events.                                    TERMED
2:05m 1601-ALL USA v. Davtyan

7/26/05  2   REPORT COMMENCING CRIMINAL ACTION as to Gayane Davtyan
             arrested on 7/25/05. Defendant's date of birth: 1959. (vdr)
             [Entry date 08/03/05]

7/26/05  1   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Gayane
             Davtyan, originating in the USDC, District of Columbia.
             Defendant charged in violation of: 18:371, 18:1546,
             18:201(b)(1), 18:2. Signed by Special Agent Philippe
             Furstenberg US State Department. (vdr) [Entry date 08/03/05]

7/26/05  3   DEFENDANT Gayane Davtyan arrested on warrant issued from
             USDC, District of Columbia. (vdr) [Entry date 08/03/05]

7/26/05  4   NOTICE OF REQUEST FOR DETENTION filed by USA as to Gayane
             Davtyan. (vdr) [Entry date 08/03/05]

7/26/05  5   MINUTES OF ARREST ON O/D WARRANT held before Magistrate
             Judge Paul Game Jr. as to Gayane Davtyan: Defendant
             arraigned and states true name is as charged. DFPD
             Attorney Sylvia Torres-Guillen appointed. Bail set in the
             amount of $25,000 appearance bond with following conditions
             of release: with $2,500 cash deposit to be approved by AUSA
             OR $25,000 appearance bond with affidavit with
             justification of surety (CR-3) with deeding of property OR
             corporate surety bond in the amount of $25,000. Defendant
             to submit to Pretrial Supervision; surrender all passports
             to the Clerk of Court, or sign a declaration; travel is
             restricted to CD/CA and District of Columbia; reside as
             approved by PSA and do not relocate without prior
             permission from PSA. Court orders Gayane Davtyan held to
             answer to USDC, District of Columbia. Court orders bond
             to transfer. Defendant remanded to the custody of the U.S.
             Marshal. Defendant to report to District of Columbia on
             or before 8/16/05. Tape No.: 05-7 (vdr)
             [Entry date 08/03/05]

7/26/05  --  ARMENIAN INTERPRETER required for Gayane Davtyan. (vdr)
             [Entry date 08/03/05]

7/26/05  6   WAIVER OF RULE 5 HEARINGS filed by Gayane Davtyan,
             excluding probation or supervised release cases: waiving
             identity hearing, receive a certified copy of the charge(s)
             against me, have been informed that I have no right to a
             preliminary examination. (vdr) [Entry date 08/03/05]

7/26/05  7   APPLICATION filed by Gayane Davtyan for travel expenses
             pursuant to 18 USC 4285. (vdr) [Entry date 08/03/05]

7/26/05  8   ORDER filed by Magistrate Judge Paul Game Jr. as to Gayane
             Davtyan: granting motion for travel expenses pursuant to 18
             USC 4285 [7-1]. (cc: all counsel) (vdr)
             [Entry date 08/03/05]

7/26/05  9   FINANCIAL AFFIDAVIT filed as to Gayane Davtyan. (vdr)

Proceedings include all events.                                    TERMED
2:05m 1601-ALL USA v. Davtyan

                    [Entry date 08/03/05]

7/26/05   10        DECLARATION filed as to Gayane Davtyan regarding
                    non-issuance of passport. (vdr) [Entry date 08/03/05]

7/27/05   13        FINAL COMMITMENT AND WARRANT OF REMOVAL by Magistrate Judge
                    Paul Game Jr. as to Gayane Davtyan, to USDC, District of
                    Columbia at Washington D.C. (vdr) [Entry date 08/03/05]

7/29/05   11        BOND AND CONDITIONS OF RELEASE filed as to Gayane Davtyan,
                    in the amount of: $25,000 appearance bond.  Conditions of
                    Release with cash deposit of $2,500 to be approved by AUSA
                    OR posting of $25,000 affidavit of surety with
                    justification (CR-3) and deeding of property OR corporate
                    surety bond in the amount of $25,000. Defendant to submit
                    to Pretrial Supervision; surrender all passports to the
                    Clerk of Court, or sign a declaration; travel is restricted
                    to CD/CA and District of Columbia; reside as approved by
                    PSA and do not relocate without prior permission from PSA.
                    Approved by Magistrate Judge Paul Game Jr. Original bond
                    routed to: FISCAL TO ROUTE FOR TRANSFER TO DISTRICT OF
                    COLUMBIA. Release No. 27863. (vdr) [Entry date 08/03/05]

7/29/05   12        AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local
                    Criminal Rule 5.2.8) filed as to Gayane Davtyan in the
                    amount of $25,000, by Surety: Friend, Angela Khachaturova
                    for bond [11-1]. (vdr) [Entry date 08/03/05]

I hereby attest and certify on 8/3/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA
V. Bello
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

JUL 27 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | | 05-1601M     CR05-266-03-ESH |
| | PLAINTIFF(S) | |
| v. | | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| GAYANE DAVTYAN | | --------- District of __Columbia__ |
| | | At _____ Washington D. C. _____ |
| | | *(City)* |
| | DEFENDANT(S). | |

## To: United States Marshal for the Central District of California

SEALED

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her
forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District
of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept
until discharged in due course of law.

This defendant was arrested in this District after:
- ☐ filing of a complaint before a U.S. Magistrate Judge
- ☒ an indictment by a Grand Jury
- ☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that
  on or about April, 2004, in the District of Origin, the defendant did: Conspiracy, bribery, fraud and misuse of
  visas, aiding and abeting in violation of Title(s) 18, U.S.C., Section(s) 1546, 371, 2, 201.
  COURT ORDERS THAT DEFENDANT SHALL NOT BE TRANSPORTED PRIOR TO AUGUST 1, 2005.

The defendant has now:
- ☒ duly waived identity hearing before me on __7/26/05__
- ☐ duly waived preliminary examination before me on _____
- ☐ had a hearing before me on _____, and it appears that there is probable cause to believe
  that the offense so charged has been committed and that the defendant has committed it.
- ☐ had a hearing before me on _____, and it appears that the defendant is the person named
  as charged, and:
  - ☒ Bail has been set at $ _25, 000.00 A/B_ but has not been posted.
  - ☐ No bail has been set.
  - ☐ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

Date __July 21, 2005__          _Paul Game_          Paul Game, Jr.
                            United States Magistrate Judge

## RETURN

Received this commitment and designated prisoner on _____, and on _____,
committed him to _____ and left with the custodian at the same
time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

AUG - 3

Date _____          Deputy _____

Date Approved: _July 29, 2005_ Extension: _____

By: _Rodin Rooyani, AUSA_

☐ PSA Officer *(for material witness only)* ☒ AUSA

Signature: _____

**FILED**

2005 JUL 29 PM 12: 40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER |
| PLAINTIFF, | 05 1601 M |
| v. | |
| *Gayane Davtyan* | **AFFIDAVIT OF SURETY (NO JUSTIFICATION)** |
| DEFENDANT(S). | CR 05-266-03-ESH |

**SEALED**

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):

I further state that I have read and understand the provisions of the bond executed by the above-named defendant to which this affidavit is affixed as "Attachment A", and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $ _25.000_ in the event that the attached bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond to which this affidavit is attached is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this _26_ d a y o f _July_, 20 _05_.

_KHACHATUROVA, ANGELA_
Name of Surety

_____
Signature of Surety

_Freind_
Relationship of Surety

XXX-XX- _6299 33 25_
Social Security Number of Surety *(Last 4 digits only)*

_802 1/4 N. VAN NESS AVE_
Address of Surety

_LA, CA. 90028_
City, State, Zip Code

---

*Local Criminal Rule 46-6*

*Bond - Summary Adjudication of Obligation*

*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of executive upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

ENTERED ON ICMS

AUG - 3 2005

CR-4 (07/05)    **AFFIDAVIT OF SURETY (NO JUSTIFICATION)**

12



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

# MEMORANDUM

Date: August 3, 2005

CR 05-266-03-ESH

To:     Fiscal Section

From:   Vanessa Del Rio                    , ~~Criminal Intake Clerk~~

Re:     Case No. 05-1601M

        Case Title USA v Gayane Davtyan

SEALED

Please transfer the $ 25,000 and $2,500 cash    ☒ Appearance bond / ☒ Cash Bond

posted on July 29, 2005                by the above-named defendant to the _____

District of Columbia                       at Washington D.C. .

By  Vanessa Del Rio

    Deputy Clerk, Criminal Section

```
<()> Duplicate <()> Duplicate <()>
      CLERK'S OFFICE U.S.D.C.
           LOS ANGELES
7/29/2005 9:57:09 AM  Receipt #: 76409
      Cashier : ABELLAMY ILA 1-1]
Paid by: ANGELA KHACHATUROVA
2:MG05-01601 DAVTYAN, GAYANE  (1) Order(1
)
2005-604700    2 - Criminal Cash Bail(1)
Amount :                    $2,500.00
BALANCE :                        0.00

Comment: BOND OWNER: ANGELA KHACHATUROVA,
  882 1/4 N. VAN NESS AVE.  LOS ANGELES,
CA 90038, SS# 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
---------------------------------------
Check Payment : 1501 /       2,500.00
---------------------------------------
Total Payment :              2,500.00

<= NO REFUNDS WITHOUT WHITE RECEIPT =>
```

CR05-266-03-ESH

SEALED

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

COPY

| UNITED STATES OF AMERICA, Plaintiff, | CASE NUMBER: | CR05-2106-03-ESH |
| --- | --- | --- |

Grayne Davtyan

| | COMPLAINT: 05-160/m | INDICTMENT / INFORMATION: |
| --- | --- | --- |
| Defendant/Material Witness. | VIOLATION OF TITLE: 18 | SECTION: 371: 2016(b)(5): 1546: 2 |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $
☒ APPEARANCE BOND IN THE AMOUNT OF $ 25,000 → to be approved by AUSA    RELEASE No. 27-863
  ☒ WITH CASH DEPOSIT (AMOUNT OR %) $2500 (NH) $2,500    ☐ RELEASE TO PRETRIAL ONLY
  ☐ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)    ☐ FORTHWITH RELEASE
  (NH) by resp 3rd party acceptable to government    ☐ ALL CONDITIONS OF BOND
  Post $25,000 - A/B    SHALL BE MET AND BOND
☒ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)    POSTED BY: _____ Date

(NH) ☒ WITH DEEDING OF PROPERTY
☒ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $ 25,000 to be approved by AUSA
☒ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $ 25,000
☐ ADDITIONAL REQUIREMENTS:
☒ BAIL FIXED BY COURT N Hackney    ☒ ALL REQUIREMENTS HAVE BEEN MET: ___
  _Deputy Clerk_    _Deputy Clerk_

**PRE-CONDITIONS TO RELEASE**
☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral. SEALED
  ☐ The Nebbia hearing can be waived by the government.
**ADDITIONAL CONDITIONS OF RELEASE**
In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:
☐ Defendant shall submit to: [✓] Pretrial Supervision. [ ] Intensive Pretrial Supervision.
☒ Surrender all passports to the Clerk of Court, or sign a declaration no later than: _____ and not apply for the issuance of a passport during the pendency of this case.
☒ Travel is restricted to: CD/CA  CAC & District of Columbia
☐ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☒ Reside as approved by PSA and do not relocate without prior permission from PSA.
☐ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☐ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] Release to PSA only.
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

Defendant Initials _____  Date 07-26-05

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

GAYANE DAVTYAN

Defendant/Material Witness.

CASE NUMBER:

05-160/m

CR05-266-03-ESH

SEALED

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] will or [ ] will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.

[ ] **Curfew.** You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA.
[ ] **Release to PSA only.**

[ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only.**

[ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**

☐ Not possess or have access to; either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.

☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.

☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.

☐ Other conditions: _____

✓ 07-26-05
Date

✓ ~~NOT~~ Bala Gayane Davtyan
Defendant/Material Witness' Signature

✓ 818-664-0588
Telephone Number

N/A
Address (please print)

✓ Los Angeles, CA 90027
City, State And Zip Code

☒ **Check if interpreter is used:** I have interpreted into the **ARMENIAN** language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____
Interpreter's signature

07-26-05
Date

Approved: _____
United States District Judge / Magistrate Judge

July 29 2005
Date

If Cash Deposited: Receipt # 76409

For $ 2,500.-

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

**ORIGINAL - YELLOW COPY**          **PINK- PRETRIAL SERVICES**          **WHITE - DEFENDANT COPY**

CR-1 (9/04)          CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM          Page 2 of 2

Bond Conditions:  Gayane Davtyan  05-1601M    *CR05-266-03-ESH*

For clarification on Bond (CR-1), Court Ordered as follows:    SEALED

1)$25,000.00 A/B with $2,500.00 cash deposit to be approved by AUSA

OR

2) $25,000.00 A/B with affidavit with justification of surety (CR-3) with deeding of property.

OR

3)Corporate Surety Bond in the amount of $25,000.00.


Other conditions specified on Bond Form CR-1.  See document for further details.

Thanks,
Nancy?
(please call Cindy (1871) if you have any questions

1  MARIA E. STRATTON (No. 090986)
   Federal Public Defender
2  SYLVIA TORRES-GUILLÉN (No. 164835 )
   Deputy Federal Public Defender
3  321 East 2nd Street
   Los Angeles, California  90012-4202
4  Telephone (213) 894-2854
   Facsimile (213) 894-0081
5
   Attorneys for Defendant
6
   GAYANE DAVTYAN
7

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 6 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

SEALED

CR05-266-03-ESH

8                UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12

13  UNITED STATES OF AMERICA,     )    NO. 05-1601M
                                  )
14            Plaintiff,          )    **DECLARATION REGARDING**
                                  )    **PASSPORT**
15        v.                      )
                                  )
16  DAVTYAN, GAYANE         ,     )
                                  )
17            Defendant.          )
                                  )
18  _____ )

19

20     I, GAYANE DAVTYAN         , hereby declare under penalty of perjury

21  that I do not currently possess a passport and that I will not apply for a passport

22  during the pendency of the above-captioned case.

23

24

25  Date: 7/26/05                 Signature: _____

AUG - 3

Name, Address and Telephone Number of Attorney(s)

SYLVIA TORRES-GUILLEN
DEPUTY FEDERAL PUBLIC DEFENDER
321 E. 2ND ST.
LOS ANGELES, CA 90012
213-894-2644

Bar No.: 164835

```
FILED
CLERK, U.S. DISTRICT COURT

JUL 2 6 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CR05-266-03-ESH

CASE NUMBER

05-601M

SEALED

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

GAYANE DAVTYAN

DEFENDANT.

ORDER FOR APPEARANCE OF DEFENDANT
AND FOR TRANSPORTATION EXPENSES
PURSUANT TO 18 U.S.C. §4285

The Court having held defendant ___GAYANE  DAVTYAN___ to answer to the
United States District Court for the _____ District of ___COLOMBIA___ at
_____, and finding that the defendant has been released from custody and is financially
unable to provide the necessary transportation to appear before the above Court,

IT IS ORDERED that the defendant appear before the above-named Court on _____
or no later than _____.

IT IS FURTHER ORDERED that the United States Marshal shall:

☒   Arrange for non-custodial transportation to appear before the required Court.

☒   Furnish to the defendant the one-way fare for transportation to appear before the above Court.

☒   Furnish to the defendant an adequate amount of money for subsistence expense to his/her
     destination, not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C.
     §5702(a).

DATED: _July 2___

I hereby attest and certify on 8/3/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V. Mullio
DEPUTY CLERK

_____
UNITED STATES MAGISTRATE JUDGE

ENTERED ON
AUG - 3 2005

(1101)

Distribution:    Original to case file;    2 copies to U.S. Marshal    1 copy to Defendant's attorney

M-61 (10/97)    ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. §4285

Name, address and phone Number of attorney(s)

SYLVIA TORRES-GUILLEN (164835)
DEPUTY FEDERAL PUBLIC DEFENDER
321 E 2ND ST.
LOS ANGELES, CA 90012
Bar No: 164835

FILED
CLERK, U.S. DISTRICT COURT

JUL 26 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA    CR 05-266-03-ESH

United States of America,

                                          PLAINTIFF(S),

          v.

GAYANE DAVTYAN

                                          DEFENDANT(S).

CASE NUMBER:

SEALED

05-1601 M

**APPLICATION BY DEFENDANT FOR TRAVEL
EXPENSES PURSUANT TO 18 U.S.C. §4285**

On JULY 26, 2005                , defendant appeared before this Court and was held to answer to
the United States District Court for the _____ District of COLOMBIA
at _____. Defendant hereby applies for travel expenses pursuant to
18 U.S.C. §4285, to said destination.

Defendant represents that he/she is financially unable to provide the necessary transportation to said
destination.

Defendant applies for:
☒ Arrangement for non-custodial transportation to appear before the required Court.
☒ The necessary fare for transportation to the required Court.
☒ An amount for subsistence expense to said destination, not to exceed the amount authorized by 5
U.S.C. §5702(a).

I certify under penalty of perjury that the above is true and correct.

07-26-05                                    _Batra_
Date                                        Signature of Defendant

I hereby attest and certify on 8/3/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

V. Mario
DEPUTY CLERK

(1101)

ENTERED

AUG - 3 2005

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: | FILED<br>CLERK, U.S. DISTRICT COURT |
|---|---|---|
| **PLAINTIFF** | | |
| v. | 05- ███ 1601M | JUL 26 2005 |
| GAYANE DAVTYAN | **WAIVER OF RIGHTS**<br>**(OUT OF DISTRICT CASES)** | CENTRAL DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY |
| **DEFENDANT.** | CR05-266-03-ESH | **SEALED** |

I understand that charges are pending in the _____ District of _COLUMBIA_
alleging violation of _18 USC § 371, 201(6)(1), 1546 + 2_ and that I have been arrested in this district and
<span style="font-size:smaller">(Title and Section / Probation / Supervised Release)</span>
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;

    (2)    receive a copy of the charge(s) against me;

*-Check one only-*

☒    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary examination (unless an indictment has been returned or an information filed)
to determine whether there is probable cause to believe an offense has been committed by me,
the hearing to be held in this district or the district of prosecution; and

    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
there is probable cause to believe I have violated the terms of my probation/supervised release.

### I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:

☒    have an identity hearing

☒    receive a copy of the charges(s) against me

☐    have a preliminary examination

☒    have an identity hearing, and I have been informed that I have no right to a preliminary
examination

☐    have an identity hearing, but I request that a preliminary examination be held in the prosecuting

I hereby attest and certify
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

Date: _July 26, 2005_

_____
Defendant

_____
(1) Defense Counsel

_____
United States Magistrate Judge

M-14 (03/03)             WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

AUG - 3 2005

P. SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CR 05-266-03-ESH

SEALED

UNITED STATES OF AMERICA,

PLAINTIFF

v.

DEFENDANT.

GAYANE DAVTYAN

☑ DLA  ☐ RS  ☐ SA          ☐ UNDER SEAL
CASE NUMBER: 05-1601m
☐ COMPLAINT      ☑ OUT OF DISTRICT AFFIDAVIT
☐ INDICTMENT     ☐ INFORMATION
☐ SUMMONS        ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: 7-26-05
VIOLATION: 18, 371: 20(b)(i): 1546:2
DATE: 7-26-05    TIME: 2:00 pm
TAPE NUMBER: 05-7

PROCEEDINGS HELD BEFORE UNITED STATES
MAGISTRATE JUDGE G AME, JR.

CALENDAR/PROCEEDINGS SHEET
LOCAL/OUT-OF-DISTRICT CASE

PRESENT: Nancy Hacksey   Cheryl Murphy   Zaven Martiroseau
         Deputy Clerk        Assistant U.S. Attorney        Interpreter / Language Armenia

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☑ Attorney: Sylvia Torres _____ ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
   Ordered (see separate order)  ☐ Special appearance by: _____
☐ Government's request for detention is: ☐ GRANTED   ☑ DENIED   ☐ WITHDRAWN   ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained      ☐ Temporarily Detained (see separate order)
☑ BAIL FIXED AT $ 25,000 _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:   ☐ GRANTED   ☐ DENIED
☐ Preliminary Hearing waived.
☐ SUPER FAST TRACK   ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
   setting of further proceedings.
☐ PO/PSA WARRANT    ☐ Counsel are directed to contact the clerk for District Judge _____ for
   the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED   ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED   ☐ DENIED
☑ Defendant executed Waiver of Rights.  ☐ Process received.
☑ Court ORDERS defendant Held to Answer to _____ District of Columbia
   ☑ Bond to transfer, if bail is posted. Defendant to report on or before 8/16/05
   ☑ Warrant of removal and final commitment to issue.  ☐ Warrant of removal and final commitment are ordered stayed
      until _____.
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
   RELEASE ORDER NO. _____
☐ Other: Removal / (wt) _____

☑ PSA          ☑ FINANCIAL   ENTERED ON   ☑ READY

cc: AUSA, Defendant's counsel
☑ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO
ORIGINAL -WHITE COPY          PINK- PIA CLERK   AUG - 3 2005   YELLOW -STATS        GREEN- CRD

Deputy Clerk Initials _____

M-5 (11/04)        CALENDAR/PROCEEDINGS SHEET- LOCAL/OUT-OF-DISTRICT CASE                    Page 1 of 1

*U.S. GPO: 2004-778-324/13004

*Court*

1 | DEBRA WONG YANG
  | United States Attorney
2 | THOMAS P. O'BRIEN
  | Special Assistant United States Attorney
3 | Chief, Criminal Division
  | _____ (SBN: _____ )
4 | Assistant United States Attorney
  | 1200 United States Courthouse
5 | 312 North Spring Street
  | Los Angeles, California 90012
6 | Telephone: (213) 894-2400
  | Facsimile: (213) 894-0141
7 | Attorneys for Plaintiff
  | United States of America
8 |

FILED
CLERK, U.S. DISTRICT COURT

JUL 26 2005

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

CR 05-266-03-ESH

SEALED

10 |            UNITED STATES DISTRICT COURT

11 |        FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,        )  No. 05-1601 M
                                     )
13 |              Plaintiff,         )  GOVERNMENT'S NOTICE OF REQUEST
                                     )  FOR DETENTION
14 |                                 )
                                     )  I hereby attest and certify on 8/3/05
15 |         v.                      )  that the foregoing document is a full, true
                                     )  and correct copy of the original on file in
16 |                                 )  my office, and in my legal custody.
                                     )
17 |                                 )  CLERK U.S. DISTRICT COURT
              Defendant.            )  CENTRAL DISTRICT OF CALIFORNIA
18 | _____)  _____
                                        DEPUTY CLERK           (1101)

19 |        Plaintiff, United States of America, by and through its

20 | counsel of record, hereby requests detention of defendant and gives

21 | notice of the following material factors:

22 | ____  1.   Temporary 10-day Detention Requested (§ 3142(d))

23 |            on the following grounds:

24 |       ____ a.  offense committed while defendant was on release

25 |            pending (felony trial), (sentencing) (appeal) or

26 |            on (probation) (parole);

27 |       ____ b.  alien not lawfully admitted for permanent

28 |            residence;

ED ON ICMS
AUG - 32

④

     c.  flight risk;

     d.  danger to community.

X    2.   <u>Pretrial Detention Requested (§ 3142(e)) because no</u> <u>condition or combination of conditions will</u> <u>reasonably assure against</u>:

    X   a.  danger to any other person or the community;

   X  b.  flight.

    3.   <u>Detention Requested Pending Supervised</u> <u>Release/Probation Revocation Hearing (Rules 32.1,</u> <u>46, § 3143) because defendant cannot establish a</u> <u>condition or combination of conditions that will</u> <u>reasonably assure against</u>:

     a.  Danger to any other person or the community;

     b.  Flight.

    4.   <u>Presumptions Applicable to Pretrial Detention (18</u> <u>U.S.C. § 3142(e))</u>:

     a.  Title 21 offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

     b.  firearm used or carried during offense (18 U.S.C. § 924(c)) (presumption of danger to community and flight risk);

     c.  offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

_____ d. offense under Maritime Drug Law Enforcement Act
(46 U.S.C. App. 1901 et seq.) (presumption of
danger to community and flight risk);

_____ e. defendant currently charged with (I) crime of
violence, (II) offense with maximum sentence of
life imprisonment or death, (III) Title 21 offense
with ten year or greater maximum sentence, or
(IV) state or local offense that would qualify
under I, II, or III if federal jurisdiction were
present, _and_ defendant was previously convicted
of a crime listed in I, II, or III committed
while on release pending trial, _and_ the current
offense was committed within five years of
conviction or release from prison on the above-
described previous conviction (presumption of
danger to community).

5. Government is Entitled to Detention Hearing
Under § 3142(f) Based on the Following:

_____ a. crime of violence (defined in 18 U.S.C. § 3156);

_____ b. maximum sentence is life imprisonment or death;

_____ c. Title 21 offense with maximum sentence of ten
years or more;

_____ d. instant offense is felony and defendant has two
or more convictions for a crime set forth in a-c
above or for an offense under state or local law
that would qualify under a, b, or c if federal
jurisdiction were present;

_____ e. serious risk of flight;

3

1         f.  serious risk of (obstructing justice or

2               attempting to obstruct justice) (threatening,

3               injuring, or intimidating witness or juror, or

4               attempting to do so).

5      6.  Government requests continuance of _____ days for

6          detention hearing based upon the following reason: __

7          _____

8          _____

9          _____

10     7.  Good cause for continuance in excess of three days

11         exists in that:

12          _____

13         _____

14         _____

15         _____

16

17  DATED: 1-26-05

18                     Respectfully submitted,

19                     DEBRA WONG YANG
                         United States Attorney

20

21

22                     Assistant United States Attorney

23                       Attorneys for Plaintiff
                         United States of America

24

25

26

27

28

07/25/05  MON 10:32 FAX 202 354 3008    USDC CRIMINAL DIVISION    ☑002

**WARRANT FOR ARREST**

CO-180 (Rev. 3/93)

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

~~█████████~~
GAYANE DAVTYAN

DOB:  05/05/1959    PDID:

| | |
|---|---|
| DOCKET NO: 05-266 | MAGIS. NO: |

**NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**

GAYANE DAVTYAN
1848 North Kingsley Drive
Apt. 4
Los Angeles, CA

SEALED

CR05-266-03-ESH

**05-1601M**

2005 JUL 26  AM 10: 25
CLERK U.S. DISTRICT
CENTRAL DIST. OF
LOS ANGELES

**WARRANT ISSUED ON THE BASIS OF:**  Indictment

**DISTRICT OF ARREST**

**TO:**  ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

**CITY**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Conspiracy

Bribery

Fraud and Misuse of Visas

Aiding and Abetting

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _____
Deputy Clerk

**IN VIOLATION OF:**  **UNITED STATES CODE TITLE & SECTION:**

18 U.S.C. § 371        18 U.S.C. § 1546
18 U.S.C. § 201(b)(1)   18 U.S.C. § 2

**BAIL FIXED BY COURT:**        **OTHER CONDITIONS OF RELEASE:**

**ORDERED BY:**
Deborah A. Robinson
United States Magistrate Judge

**SIGNATURE (JUDGE/MAGISTRATE JUDGE)**

**DATE ISSUED:**
7/25/05

**CLERK OF COURT:**
Nancy Mayer-Whittington

**BY DEPUTY CLERK**

**DATE:**
7/25/05

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | ENTERED ON ICMS  AUG - 3 2005 |

③

I hereby attest and certify on 8/3/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

V. DelRio

DEPUTY CLERK

(1101)

FILED

2005 JUL 26 AM 10: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SEALED

| UNITED STATES OF AMERICA, | | |
|---|---|---|
| | PLAINTIFF | CASE NUMBER **05 - 1601M** |
| v. | | |
| Gayane DAVTYAN | | **REPORT COMMENCING CRIMINAL ACTION** |
| | DEFENDANT(S). | CR05-2606-03-ESH |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest _____ July 25, 2005 _____ 1100 ☒ AM / ☐ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
    1546 - visa fraud, 201 - bribery, 371 - conspiracy, 2 - aiding + abetting

3.  Offense charged is a: ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4.  U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown

5.  Year of Birth: _____ 1959 _____

6.  The defendant is: ☒ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

7.  Place of detention (if out-of-district): _____ N/A _____

8.  Date detainer placed on defendant: _____ N/A _____

9.  This is a reprosecution of previously dismissed charges.  (Docket/Case No. _____)

10. Name of Pretrial Services Officer: _____ Duty _____

11. Remarks (if any): _____

12. Date: _____ July 26, 2005 _____      13. Signature: _____

14. Name: _____ Philippe Furstenberg _____   15. Title: _____ Special Agent - ICE _____

ENTERED ON ICMS

AUG - 3

CR-64 (07/05)          REPORT COMMENCING CRIMINAL ACTION          (2)

FILED

2005 JUL 26  AM 10: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

I hereby attest and certify on 8/3/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

U.S.

PLAINTIFF(S)

v.

Gayane DAVTYAN

DEFENDANT(S).

CASE NUMBER

**05-1601M**

CR05-266-03-ESH

**AFFIDAVIT RE**
**OUT-OF-DISTRICT WARRANT**

SEALED

---

The above-named defendant was charged by: _____ Indictment _____
in the _____ District of _____ Columbia _____ on _____ July 20, 2005 _____
at _____ 2:00 _____ ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about _____ April 2004 _____
in violation of Title _____ 18 _____ U.S.C., Section(s) _____ 1546, 201, 371, 2 _____
to wit: _____ Visa fraud, bribery, conspiracy, aiding & abetting _____

A warrant for defendant's arrest was issued by: _____ District of Columbia _____

Bond of $ _____ HWOB _____ was ☐ set / ☒ recommended.

Type of Bond: _____ HWOB _____

Relevant document(s) on hand (attach): _____

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____ JUL 2 6 2005 _____, by
ROSALIND TYUS-SIMON
_____, Deputy Clerk.

Signature of Agent

US STATE DEPT · DSS
Agency

Philippe Furstenberg
Print Name of Agent

Special Agent
Title

ENTERED ON ICMS

AUG - 3 2005