UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : 

v. : Criminal No. 05-266-3 (ESH)

GAYANE DAVTYAN :

**FILED**

AUG 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER FOR TRANSPORTATION EXPENSES

Upon consideration of the oral motion of counsel for Defendant, Gayane Davtyan, for transportation expenses, and it appearing to the Court that said Defendant was released on a surety bond in the sum of $25,000.00 – deposit of 10% per centum or $2500 by the United States District Court Central District of California for her appearance in this Court for arraignment August 16, 2005, and that said Defendant was found to be financially unable to provide the necessary transportation to appear in this Court and was granted transportation expenses pursuant to 18 U.S.C. 4285 to appear in this Court and that Defendant needs transportation expenses to return to her home in Los Angeles, California and is financially unable to so provide. It further appearing that the said Defendant has qualified for representation under the Criminal Justice Act..

IT IS BY THE COURT ORDERED: *this 16th day of August, 2005* /AKay/

That the United States Marshal for the District of Columbia shall provide for non-custodial transportation for Defendant to return to Los Angeles, California and furnish the Defendant the one fare for transportation to return to Los Angeles, California. following her appearance in this Court this date.

_____
ALAN KAY
United States Magistrate Judge

