UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :

       v.    :    Criminal No. 05-266-3 (ESH)

GAYANE DAVTYAN    :

### UNOPPOSED MOTION FOR TRANSPORTATION EXPENSES

    Defendant, Gayane Davtyan, by and through her Attorney, moves the Court for an Order for non-custodial transportation from her home in Los Angeles, California, to Washington, D.C. for the purpose of her appearing before this Court for a Status Hearing on September 12, 2005 at 9:15 a.m. and for return transportation at the conclusion of the hearing.  As reasons, therefore, the following is submitted to the Court.

    1.  Defendant, Gayane Davtyan, is named in an Indictment returned in this Court on July 20, 2005 and which charges her in Count One (Conspiracy – 18 USC 371); Count Four (Bribery – 18 U.S.C. 201(b)(1)); and Count Five (Misuse of Visa – 18 U.S.C. 1546).  She was arrested in Los Angeles, California in connection with the charges and appeared for removal in the United States District Court for the Central District of California, where she was released on conditions for her appearance in this Court.  She appeared for arraignment on August 16, 2005 before Magistrate Judge Alan Kay and was released on the conditions as well as other conditions for her appearance in this Court.  (Originally she was to appear on

August 30, 2005, but this date was changed to September 12, 2005 to accommodate Counsel for Defendant, Nora Davtyan.).  She was represented by the Federal Public Defender in Los Angeles and was determined to be financially indigent and qualified for appointment of counsel in this Court under the Criminal Justice Act.  Undersigned counsel was appointed under the Criminal Justice Act.

    2.  Defendant's transportation expenses were ordered by the Magistrate Judge in the Central District of California under 18 U.S.C. 4285 for her appearance in this Court for Arraignment before Magistrate Judge Kay and return transportation expenses were ordered by Magistrate Judge Kay, by Order of August 16, 2005.

    3.  Defendant is required to appear in this Court on September 12, 2005 as a condition of her release. She resides in Los Angeles, California and as stated above has qualified for the appointment of counsel.

    4.  Government Counsel was contacted and does not oppose this motion.

    5.  Accordingly it is respectfully requested that the Court enter an Order directing the United States Marshal to make appropriate arrangements, pursuant to 18 U.S.C. 4285 for non-custodial transportation to facilitate  Defendant's appearance in this Court on Monday, September 12, 2005 at 9:15 a.m. and return to Los Angeles, California after her appearance. Further to furnish Defendant

3

subsistence expense to her destination not to exceed the amount authorized as per diem for travel under 5 U.S.C. 5702(a).

    Wherefore, Defendant prays that this motion be granted.

                    William j. Garber
                    717 D Street, N.W., Suite 400
                    Washington, D.C.2004
                      (202) 636-4667

                    Attorney for Defendant, Gayane Davtyan

.