UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :

      v.   :   Criminal No. 05-266-3 (ESH)

GAYANE DAVTYAN   :

### ORDER FOR TRANSPORTATION EXPENSES

Upon consideration of the Defendant, Gayane Davtyan's, Unopposed Motion for Transportation Expenses and it has been previously been determined that said defendant is financially indigent

It is by the Court, this        day of                        ,2005

ORDERED: That pursuant to 18 U.S.C.. 4285, the United States Marshal shall arrange for the non-custodial transportation of the defendant, Gayane Davtyan, from Los Angeles, California to Washington, D.C. for the hearing scheduled before this Court on September 12, 2005 at 9:15 .am and at the conclusion of the hearing for return to California and substance under 5 U.S.C. 5702(a).

The Clerk of this Court shall furnish to the United States Marshal true copies of this Order for its implementation.

                                                _____
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge