UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

      v.  :  Criminal No. 05-266-03 (ESH)

GAYANE DAVTYAN  :

<u>MOTION FOR NON-CUSTODIAL TRANSPORTATION
EXPENSES</u>

  Defendant, Gayane Davtyan, by and through her attorney, moves the Court for an Order for non-custodial transportation from her home in Los Angeles, California to Washington, D.C., for the purpose of her appearing before this Court for Sentencing on December 9, 2005 at l0:00 a.m. and for return transportation at the conclusion of the hearing. As reasons therefore, the following is submitted.

    1. The Court is referred to previous Orders issued in this case, by this Court and the United States District Court for the Central District of California and the pleadings in connection with the same.

    2. Defendant was previously determined to be financially indigent and has qualified for the appointment of counsel under the Criminal Justice Act.

    3. Defendant resides in Los Angeles, California, was released on conditions, and is required to appear before this Court on December 9, 2005.

    4. Counsel spoke telephonically to Brenda J. Johnson, Esq. Assistant U.S. Attorney on November 21, 2005, who indicated no opposition to this request.

5. Accordingly, it is respectfully requested that the Court enter an Order directing the United States Marshal to make appropriate arrangements, pursuant to 18 U.S.C. 4285 for non-custodial transportation to facilitate Defendant's appearance in this Court on Friday, December 9, 2005 at l0:00 a.m. and return to Los Angeles, California after her appearance.  Further, to furnish Defendant subsistence expenses to her destination not to exceed the amount authorized as per diem for travel under 5 U.S.C. 5702(a).

Wherefore, Defendant prays that this motion be granted.

>William J. Garber #42887
>717 D Street, N.W. Suite 400
>Washington, D.C. 20004-2817
>(202) 638-4667
>
>Attorney for Defendant, Gayane Davtyan

2