UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT :

            v.                    :   Criminal No. 05-266-03 (ESH)

GAYANE DAVTYAN         ;

### ORDER FOR NON-CUSTODIAL TRANSPORTATION EXPENSES

Upon consideration of the Motion of the Defendant, Gayane Davtyan, for Non-custodial Transportation Expenses, and it has previously been determined that said Defendant is financially indigent.

It is by the Court this      day of                     ,2005

ORDERED: That pursuant to 18 U.S.C. 4285, The United States Marshal shall arrange for the non-custodial transportation of the Defendant, Gayane Davtyan, from Los Angeles, California to Washington, D.C. for the sentencing hearing scheduled before this Court on Friday, December 9, 2005 at l0:00 a.m. and at the conclusion of the hearing for return to California and subsistence under 5 U.S.C. 5702(a).

The Clerk of this Court shall furnish to the United States Marshal, five (5) true copies of this Order for its implementation.

_____
ELLEN SEGAL HUVELLE
United States District Judge