To Whom It May Concern:

The reason I am writing this letter is to provide you with additional information about my cousin Gayane Davtyan. The information I share with you is based on regular communication with her for more than forty years and knowledge of her personality, family, and educational background. Gayane is a very decent and nice person. The situation that she is in right now does not reflect at all on her character as I know her. She has always been righteous person and took the laws that strengthen this country very seriously. Both, in the United States and Armenia, she has worked hard for her education and career. While taking classes and working full time in San Francisco, Gayane was trying to start a new life and always respected the law and the system. She always supported her old and sick parents with all possible help and love.

Gayane Davtyan successfully earned a degree in Physical Education from one of Armenia's top institutions, and later moved to the United States where she continued her education in other fields of study. Not only is she a dedicated teacher, but is a positive and enthusiastic person in whatever she applies. I assure you Gayane is a very responsible and giving person, yet gullible at times. Her continuous education is important to her and her career aspirations. She has always been obedient of the law, and prior to this mistake, would have never crossed the boundaries of the law. She has always given all she has to better serve this country and has always worked unselfishly to help her relatives, especially her elderly and sick parents, in need of constant support.

Children have always been a great part of Gayane's every day life. In spite of never having her own children, she treated her students as if they were her own. She often talked about the gift of being able to work with children every day, and she was very loved and respected by her students and colleagues. She has been a kindergarten teacher for practically half of her life in the United States, only wanting to do what she loves most.

Gayane loves this country and everything that it stands for. Being in the United States for almost 15 years, this has become her home and would be tragic for her to leave it. She is one of the main supporters for her family in Armenia, who need her help now more then ever, as the crisis in Armenia is still in progress.

I ask you to consider her prior spotless record and good character, as she is a truly honest and caring person to everyone around her.

Zhanna Ghazanchyan                                                                    11.14.05.