


Dear Law Protectors,

    I am asking and begging you to help Gaiane Davtyan. I, Margo Martirosyan, would like to tell you who is Gaiane. I have known this girl for over forty years. During all this time I have not witnessed anything bad. I know her parents who are kind and honest people. Gaiane has been decently living in America for fourteen years. I know that she is not capable of dishonest behavior. She works in a kindergarten, where all kinds admire her. In addition, she provides care for me without paying attention to how many hours she is going to get paid for. She spends as much time with as I need. She has been with me through my depression, patiently tolerating my unstable behavior and cranks.

    I beg you to help to the full extend of your authority.

11/08/2005

*Translation from Russian into English*

### CERTIFICATE OF ACCURACY

- I, Helen Pechersky, HEREBY CERTIFY THAT I HAVE THE KNOWLEDGE OF THE ENGLISH AND RUSSIAN LANGUAGES, AND THAT I AM COMPETENT TO TRANSLATE TO AND FROM THE ABOVE LANGUAGES. I DECLARE THAT THE ATTACHED TRANSLATION WAS DONE BY ME, AND IS TRUE, ACCURATE, COMPLETE, AND CORRECT TRANSLATION OF THE ORIGINAL DOCUMENT ATTACHED HERETO.

**HELEN PECHERSKY, Translator**
*Associate Member of American Translators Association*
No. 277971
Date: 11/10/05

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me
on this 10th day of November, 20 05,
by Helen Pechersky
personally known to me or proved to me on the basis
of satisfactory evidence to be the person(s) who
appeared before me.
Signature:



V. PECHERSKY
COMM. #1599233
Notary Public - California
Los Angeles County
My Comm. Expires Sep. 1, 2009

1001 N. Fairfax Avenue, Los Angeles, CA 90046 USA, Tel: (323) 650-2011, Fax: (323) 650-7397