

Dear Authority Representatives,

    I am turning to you for your assistance in regards to Gaiane Davtyan. I, Angela Khachaturova, asking you to help Gaiane. She should not suffer unfairly. She is not capable of taking advantage over other people.

    I believe and feel for her.

    She has lived in United States for fourteen years. During all this time she has not received any assistance. She is working and paying taxes. She has never asked for assistance; however she always was ready to help other people. I would never make any recommendations for her in case she was dishonest person. I believe that God and You will help her for her kindness and decency.

    I am begging you to help Gaiane Davtyan.

11/08/2005

*Translation from Russian into English*

### CERTIFICATE OF ACCURACY

- I, Helen Pechersky, HEREBY CERTIFY THAT I HAVE THE KNOWLEDGE OF THE ENGLISH AND RUSSIAN LANGUAGES, AND THAT I AM COMPETENT TO TRANSLATE TO AND FROM THE ABOVE LANGUAGES. I DECLARE THAT THE ATTACHED TRANSLATION WAS DONE BY ME, AND IS TRUE, ACCURATE, COMPLETE, AND CORRECT TRANSLATION OF THE ORIGINAL DOCUMENT ATTACHED HERETO.

**HELEN PECHERSKY, Translator**
*Associate Member of American Translators Association*
No. 277971
Date: 11/10/05

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me
on this 10th day of November, 20 05,
by Helen Pechersky
personally known to me or proved to me on the basis
of satisfactory evidence to be the person(s) who
appeared before me.
Signature:

V. PECHERSKY
COMM. #1599233
Notary Public - California
Los Angeles County
My Comm. Expires Sep. 1, 2009



1001 N. Fairfax Avenue, Los Angeles, CA 90046 USA, Tel: (323) 650-2011, Fax: (323) 650-7397