

# ABC LITTLE SCHOOL
*Preschool • Elementary*

927 N. Fairfax Ave., West Hollywood, California 90046
(323) 654-9920   FAX (323) 654-1727

11/17/05

To Whom it may concern;

This is a letter of recommendation for Gaiane Balian. Gaiane has been working at ABC Little School since October 22, 2004 to present. Her work hours are from Monday through Friday from 8:45am until 6:00pm

During this year she has been in charge of the 2 to 3 year old group. Her responsibilities include making academic lesson plans, circle time activities, small and large motor activities, feeding, diaper changing, safety and general care of this group.

Gaine Balian is a very good teacher. She is responsible and caring toward her students as well as her co-worker.

Sincerely,

*M. A. de la O*

Maggie de la O
Assistant Director

6447 Woodman Ave., Van Nuys, California 91401 • (818) 786-5169 • FAX (818) 786-3273
14926 Burbank Blvd., Van Nuys, California 91411 • (818) 786-0301 • FAX (818) 786-1030
11728 Moorpark Street, Studio City, California 91604 • (818) 766-5557 • FAX (818) 766-8988