UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT : 

v. : Criminal No. 05-266-03 (ESH)

GAYANE DAVTYAN :

### ORDER FOR NON-CUSTODIAL TRANSPORTATION EXPENSES

Upon consideration of the Motion of the Defendant, Gayane Davtyan, for Non-custodial Transportation Expenses, and it has previously been determined that said Defendant is financially indigent.

It is by the Court this 28 day of November, 2005

ORDERED: That pursuant to 18 U.S.C. 4285, The United States Marshal shall arrange for the non-custodial transportation of the Defendant, Gayane Davtyan, from Los Angeles, California to Washington, D.C. for the sentencing hearing scheduled before this Court on Friday, December 9, 2005 at 10:00 a.m. and at the conclusion of the hearing for return to California and subsistence under 5 U.S.C. 5702(a).

The Clerk of this Court shall furnish to the United States Marshal, five (5) true copies of this Order for its implementation.

Ellen S. Huvelle
ELLEN SEGAL HUVELLE
United States District Judge