HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 0 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: CR-05-266-03 |
| --- | --- | --- |
| vs. | : | SSN: **Pending** |
| DAVTYAN, Gayane | : | Disclosure Date: **October 28, 2005** |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Brenda J. Johnson_          _November 7, 2005_
**Prosecuting Attorney**                    **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____   _____  _____
**Defendant**         **Date**      **Defense Counsel**       **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 11, 2005**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: CR-05-266-03 |
|---|---|---|
| vs. | : | SSN: **Pending** |
| DAVTYAN, Gayane | : | Disclosure Date: **October 28, 2005** |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Brenda J. Johnson_                                     November 7, 2005
**Prosecuting Attorney**                                                      **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____          _____          _____
**Defendant**                  **Date**             **Defense Counsel**           **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 11, 2005**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
United States Probation Officer



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# FAX

| | | | |
|---|---|---|---|
| To: | Kathie McGill | From: | Brenda J. Johnson |
| Fax: | (202) 273-0242 | Phone: | (202) 353-4154 |
| Date: | November 7, 2005 | | |
| Re: | Gayane Davtyan | | |
| Page(s): | 3  including cover | | |

COMMENTS:

## U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING: *Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.***

Receipt and Acknowledgment                                                              Page 2

1. Page 2 - the Identifying data contains two mistakes - the date of birth and the sex. The correct date of birth is May 5, 1959 and the sex is female.

2. Page 6, paragraph 16 contains an error. The paragraph should state that Gayane Davtyan knew that in telling the woman that it would cost $15,000 for R.S., her relative in Armenia, to obtain a United States non-immigrant visa, she was soliciting a bribe for Nora Davtyan's associate in the United States Embassy in Yerevan (Piotr Parlej), and she knew the scheme was illegal.

Signed by: _Brenda J. Johnson_
AUSA

Date: _November 7, 2005_