HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-05-266-03 |
| | : | |
| vs. | : | SSN: Pending |
| | : | |
| DAVTYAN, Gayane | : | Disclosure Date: October 28, 2005 |

**FILED**

DEC 09 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
**Prosecuting Attorney**                                                     Date

### For the Defendant
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_  11.02.05            _[signature]_  11/9/05
**Defendant**           Date        **Defense Counsel**     Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 11, 2005**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Richard A. Houck, Jr., Chief
United States Probation Officer

_Copy Faxed To Brenda J. Johnson, Esq., AUSA 11/9/05_
_[signature]_

HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: CR-05-266-03 |
|---|---|---|
| vs. | : | SSN: Pending |
| DAVTYAN, Gayane | : | Disclosure Date: October 28, 2005 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____           _____
**Prosecuting Attorney**                                    Date

### For the Defendant
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.
(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_  11.02.05        _[signature]_  11/9/05
**Defendant**        Date        **Defense Counsel**        Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 11, 2005**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

_[handwritten note: Copy Faxed To Brenda J. Johnson, Esq., AUSA 11/9/05]_
_[signature] 11/9/05_

Receipt and Acknowledgment to PSI                            Page 2

Page 1. Defendant arrested 7-25-05 and appeared in the United States District Court Central District of California on 7-26-05. Bail was fixed at $25,000. She was released on bond 7-29-05. Cash amount of $2500 was posted by a friend of the defendant. (10% of $25,000) and she was released to appear in this Court on August 16, 2005. She appeared for arraignment in this Court on said date and was released on conditions including the $25,000 – 10% bond already posted with additional conditions set by Magistrate Judge Alan Kay.

Page 2. Defendant was born on May 5, 1959. She is a female and not a male. She has a Social Security Number, which Counsel will give orally to the Probation Officer as such information is not public.

Page 7, paragraph 39. Defendant was born May 5, 1959.

Page 12, paragraph 59. Defendant did not work for her previous employer, Artek, for the full year of 2004. She left that employment for her present job which pays $10.00 per hour. This was more than she previously earned. Regarding the matter of her income for the year 2004, Counsel is attempting to obtain more definitive information concerning net income for that year. Defendant was interviewed in California by a Probation Officer there. It appears that from any gross income earned, deductions for federal and state income taxes, FICA taxes and health insurance premiums would be withheld. The fact of the matter is that for the year 2005, Defendant earns $10.00 per hour for hours worked at the ABC Little School which is reflected in the PSI.

Signed by: _____
            Attorney for Defendant

Date: 11/9/05