CO-263
Rev. 5/92

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES             :        CRIMINAL NO.    05-266-03

vs.                       :        MAGISTRATE NO.  _____

                          :

Gayane Davtyan                                      FILED

                                                    MAY 2 6 2006

                                                    NANCY MAYER WHITTINGTON, CLERK
                                                    U.S. DISTRICT COURT

### ORDER FOR RETURN OF CASH DEPOSIT

IT APPEARING TO THE COURT that the  Two Thousand, Five Hundred  Dollars ___ Court Appearance Bond executed in the above-entitled cause on the __16th__ day of __August__, ~~19~~ 2005, was ~~discharged~~ sentenced on the __9th__ day of __December__, ~~19~~ 2005.

It is this __22nd__ day of __May__, ~~19~~ 2006, ORDERED that the cash deposit in the amount of __$2,500.00__ be returned to __Ms. Angela Khachaturova__, __802 1/4 N. Van Ness Avenue, Los Angeles, California 90038__ by the Clerk of this Court.

                                        _Ellen S Huvelle_
                                        _____
                                                 JUDGE

_____
_____

CHECKED BY:

CRIMINAL DIVISION: _____ on _____.

FINANCE OFFICE:    _____ on _____.

_____
_____