CO-180 (Rev. 3/93)

# WARRANT FOR ARREST

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

**SEALED**

GAYANE DAVTYAN

DOCKET NO: 05-266

MAGIS. NO:

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

GAYANE DAVTYAN

**FILED**

SEP 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOB:   PDID:

WARRANT ISSUED ON THE BASIS OF: Indictment

DISTRICT OF ARREST

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy

Bribery

Fraud and Misuse of Visas

Aiding and Abetting

**UNITED STATES CODE TITLE & SECTION:**

IN VIOLATION OF:
18 U.S.C. § 371        18 U.S.C. § 1546
18 U.S.C. § 201(b)(1)  18 U.S.C. § 2

BAIL FIXED BY COURT:

OTHER CONDITIONS OF RELEASE:

ORDERED BY: **Deborah A. Robinson**
United States Magistrate Judge

SIGNATURE (JUDGE/MAGISTRATE JUDGE)

DATE ISSUED: 7/25/05

CLERK OF COURT: Nancy Mayer-Whittington

BY DEPUTY CLERK

DATE: 7/25/05

RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED        NAME AND TITLE OF ARRESTING OFFICER        SIGNATURE OF ARRESTING OFFICER

DATE EXECUTED